■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRENE FREDUA-AGYEMAN, Appellant. [753 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered July 25, 2001, convicting her of grand larceny in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Florio, J.P., S. Miller, Friedmann, Townes and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GONZALEZ, Appellant. [753 NYS2d 886] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 22, 2000 (*People v Gonzalez,* 272 AD2d 552), affirming a judgment of the Supreme Court, Kings County, rendered October 27, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Florio, J.P., Smith, S. Miller and Friedmann, JJ., concur.